AO 243 (Rev. 5/85)    MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT
                      SENTENCE BY A PERSON IN FEDERAL CUSTODY

| United States District Court | District U.S. DISTRICT COURT (JACKSONVILLE DIVISION) |
|---|---|
| Name of Movant: MARLON X. REGISTER | Prisoner No. # 28870-018 | Case No. 3:00-CR-55-J-20B 25TEM |
| Place of Confinement: FCC COLEMAN MEDIUM | 3:11CV-213-J-25TEM |

UNITED STATES OF AMERICA  v.  MARLON X. REGISTER
                                (name under which convicted)

## MOTION

1. Name and location of court which entered the judgment of conviction under attack
   U.S. DISTRICT COURT, MIDDLE DISTRICT (JACKSONVILLE DIVISION)

2. Date of judgment of conviction  2001

3. Length of sentence  15 YEARS

4. Nature of offense involved (all counts)  TITLE 21 U.S.C. SECTION 841

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☒

7. Did you testify at the trial?
   Yes ☐ No ☒

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☒

2011 MAR -8 AM 8:06
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA
FILED

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court __N/A__

   (b) Result __N/A__

   (c) Date of result __N/A__

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes", give the following information:

    (a) (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
    Yes ☐ No ☒

    (5) Result __N/A__

    (6) Date of result __N/A__

    (b) As to any second petition, application or motion give the same information:

    (1) Name of court __N/A__

    (2) Nature of proceeding __N/A__

    (3) Grounds raised __N/A__

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☒

(5) Result ___N/A___

(6) Date of result ___N/A___

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.      Yes ☐ No ☒
(2) Second petition, etc.    Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

___N/A___

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

CAUTION If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: PETITIONER IS ACTUALLY INNOCENT OF BEING A CAREER OFFENDER.

Supporting FACTS (state *briefly* without citing cases or law) PETITIONER DOES NOT MEET CAREER OFFENDER STATUS ACCORDING TO JOHNSON V UNITED STATES, 130 S.CT. 1265.

B. Ground two: PETITIONER'S CAREER OFFENDER STATUS IS UNCONSTITUTIONAL AND IN VIOLATION OF HIS FIFTH, SIXTH, AND EIGHTH AMENDMENT RIGHTS.

Supporting FACTS (state *briefly* without citing cases or law): ACCORDING TO TITLE 28 U.S.C. SECTION 2255(f)(3), AND UNITED STATES V JOHNSON, 130 S.CT. 1265, PETITIONER IS ACTUALLY INNOCENT OF HIS CAREER OFFENDER STATUS.

C. Ground three: COUNSEL WAS INEFFECTIVE FOR NOT FILING APPEAL UPON PETITIONER'S REQUEST TO DO SO.

Supporting FACTS (state *briefly* without citing cases or law): PETITIONER INFORMED COUNSEL TO FILE A NOTICE OF APPEAL, HOWEVER, COUNSEL REFUSED TO DO SO, BASED ON PETITIONER'S INVOLUNTARY, UNINTELLIGENT, AND UNKNOWING PLEA.

AO 243 (Rev. 5/S5)

D. Ground four: PETITIONER IS ACTUALLY INNOCENT OF HIS CAREER OFFENDER SENTENCE.

Supporting FACTS (state *briefly* without citing cases or law): PETITIONER'S CAREER OFFENDER STATUS VIOLATES JOHNSON V UNITED STATES, 130 S.CT. 1265.

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

N/A

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein: N/A

(a) At preliminary hearing    N/A

(b) At arraignment and plea    N/A

(c) At trial    N/A

(d) At sentencing    N/A

## GROUND FIVE

PETITIONER IS ACTUALLY INNOCENT OF HIS 100-TO 1 CRACK COCAINE SENTENCE IN VIOLATION OF HIS FIFTH, SIXTH, AND EIGHTH AMENDMENT RIGHTS.

## SUPPORTING GROUNDS

PETITIONER REQUEST REDUCTION OF HIS SENTENCE BASED ON THE NEW 18-TO-1 RATIO UNDER THE NEW FAIR SENTENCING ACT BILL OF 1789. TITLE 28 U.S.C. SECTION 2255(f)(3) GIVES THE COURT JURISDICTION TO HEAR THIS CLAIM, PLUS, PETITIONER IS ACTUALLY INNOCENT OF HIS OLD 1986 CRACK COCAINE SENTENCE, IN VIOLATION OF THE PETITIONER'S FIFTH, SIXTH, AND EIGHTH AMENDMENT RIGHTS.

AO 243 (Rev. 5/85)

(e) On appeal  N/A

(f) In any post-conviction proceeding   PRO-SE

(g) On appeal from any adverse ruling in a post-conviction proceeding   PRO-SE

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☐ No ☒

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐ No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future:  N/A

    (b) Give date and length of the above sentence:  N/A

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
        Yes ☐ No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

3/1/11
(date)

_____
Signature of Movant